UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ELIAS REAL FLORES,                                            CIVIL NO. 05-1572 (JNE/JSM)

    Petitioner,

v.                                                                         <u>ORDER</u>

UNITED STATES OF AMERICA,

    Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 2, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 is DISMISSED for lack of jurisdiction.

Dated: August 26, 2005

                                                         <u>s/ Joan N. Ericksen</u>
                                                         JOAN N. ERICKSEN
                                                         United States District Court Judge